IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STATE OF FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

        Plaintiff,

v.                               Case No. 1:07-cv-0136-SPM/AK

ELAINE L. CHAO, in her official capacity as
Secretary of the Department of Labor, ESTHER
R. JOHNSON, in her official capacity as National
Director of the Office of Job Corps, and THE
UNITED STATES OF AMERICA,

        Defendants.
_____/

**ORDER STAYING LITIGATION**

        THIS CAUSE comes before the Court upon the "Joint Status Report and Motion to Extend Stay" (doc. 15). To date, there have been no deadlines established nor a trial date set. As grounds for the request to stay proceedings, the parties state that they have scheduled a feasibility study regarding the property at issue. The information obtained as a result of this investigation will be very useful in settlement negotiations because it will assist the parties in development of a remedial action plan.

        Therefore, for good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

        1.      The motion to stay (doc. 15) is hereby **granted**

2. All proceedings are hereby stayed until **Wednesday, July 1, 2009.**

3. Within 30 days after Plaintiff receives the Site Assessment Report Addendum regarding the property at issue in this litigation, the parties shall file a joint status report and request that the Court schedule a status conference to discuss further proceedings.

DONE AND ORDERED this twenty-sixth day of November, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge