IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Plaintiff,

vs.                               Case No.:1:07-CV-136-SPM/AK

ELAINE L. CHAO, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Amended Notice of Voluntary Dismissal (doc. 26) and Federal Rule of Civil Procedure 41(a)(1), this action is hereby **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen this matter for good cause shown.

DONE and ORDERED this twenty-fifth day of August, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge